Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−10550−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashish H Patel
   308 Amsterdam Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−8015

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         4/16/25
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 13, 2025
JAN: pbf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-10550-MEH
Ashish H Patel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Feb 13, 2025      Form ID: 132      Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashish H Patel, 308 Amsterdam Avenue, Roselle, NJ 07203-1712 |
| 520523861 | + | Allied Beverage Group, LLC, 700 Kapkowski Rd., Elizabeth, NJ 07201-2131 |
| 520523879 | + | Credit Karma/Credit Builder, 100 Montgomery, San Francisco, CA 94104-4331 |
| 520523882 | + | Fedway Associates, Inc., PO Box 519, Kearny, NJ 07032-0519 |
| 520523886 | + | Fred B. Gross, Esq., 2091 Springdale Rd., Ste. 17, PO Box 465, Ref: J-041661-2022), Cherry Hill, NJ 08003-0465 |
| 520523896 | + | Imagine Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 520523904 | + | Raff & Masone, PA, 1083 Avenue C, Ref: J-087380-2020), Bayonne, NJ 07002-3345 |
| 520523909 | + | Shila Patel, 10 Moryan Road, Edison, NJ 08817-4133 |
| 520523915 | + | Szaferman Lakind Attorneys at Law, 120 Sanhican Drive, Trenton, NJ 08618-5005 |
| 520523914 | + | Szaferman Lakind Attorneys at Law, 101 Grovers Mill Road, Suite 200, Lawrence Township, NJ 08648-4706 |
| 520523918 | + | The Bank of Princeton, Attn: Ostrowitz & Ostrowitz, 225 Gordons Corner Rd., Manalapan, NJ 07726-3356 |
| 520523917 | + | The Bank of Princeton, 403 Wall Street, Princeton, NJ 08540-1504 |
| 520523920 | + | Waterfall Revenue Group, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520523859 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 13 2025 20:53:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520523860 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 13 2025 21:04:49 | Affirm, Inc., 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 520523878 | | Email/Text: bankruptcy@creditkarma.com | Feb 13 2025 20:55:00 | Credit Karma/Credit Builder, Attn: Bankruptcy, 1100 Broadway, Ste.1800, Oakland, CA 94607 |
| 520523862 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 21:03:38 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520523864 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 20:52:09 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520523867 | ^ | MEBN | Feb 13 2025 20:45:33 | Chime, PO Box 417, San Francisco, CA 94104-0417 |
| 520523866 | ^ | MEBN | Feb 13 2025 20:45:33 | Chime, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 520523870 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:04:23 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520523868 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:04:22 | Citibank, Citicorp Cr Srvs/Centralized |

Case 25-10550-MEH    Doc 15    Filed 02/15/25    Entered 02/16/25 00:15:07    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 132 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520523873 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 13 2025 21:04:56 | Citibank/Sears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520523872 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 13 2025 21:04:34 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520523875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 13 2025 21:04:23 | Citibank/The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520523874 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 13 2025 21:03:32 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520523876 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Feb 13 2025 20:56:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520523877 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Feb 13 2025 20:56:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 520523880 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Feb 13 2025 21:03:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520523881 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Feb 13 2025 20:52:13 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520523885 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Feb 13 2025 20:54:00 | First Savings Bank, 500 East 60th Street, North, Sioux Falls, SD 57104 |
| 520523884 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Feb 13 2025 20:54:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117 |
| 520523883 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Feb 13 2025 20:52:51 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520523887 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Feb 13 2025 20:56:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520523890 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Feb 13 2025 20:56:00 | Genesis FS Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520523893 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Feb 13 2025 20:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520523894 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Feb 13 2025 20:54:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520523895 | + | Email/Text: bankruptcy@webbank.com | | |
| | | | Feb 13 2025 20:54:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105814, Atlanta, GA 30348-5814 |
| 520523897 | | Email/Text: LibertySOP@cscglobal.com | | |
| | | | Feb 13 2025 20:54:00 | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116 |
| 520523898 | | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | | Feb 13 2025 20:55:00 | McCalla Raymer Leibert Pierce LLC, 485F US Highway 1 South, #300, Ref: F-013246-23), Iselin, NJ 08830 |
| 520523899 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Feb 13 2025 20:53:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348 |
| 520523900 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Feb 13 2025 20:53:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348 |
| 520523901 | ^ | MEBN | | |
| | | | Feb 13 2025 20:45:49 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St., PO Box 112, Trenton, NJ 08625-0112 |
| 520529533 | + | Email/PDF: cbp@omf.com | | |
| | | | Feb 13 2025 21:03:56 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 520523903 | | Email/Text: bcwrtoff@cablevision.com | | |
| | | | Feb 13 2025 20:56:00 | Optimum, 1111 Stewart Avenue, Bethpage, NY 11714-3581 |

Case 25-10550-MEH    Doc 15    Filed 02/15/25    Entered 02/16/25 00:15:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 132 | Total Noticed: 63 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520523902 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 13 2025 20:54:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bank. Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520523905 | + | Email/Text: bkteam@selenefinance.com | Feb 13 2025 20:55:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 520523906 | + | Email/Text: bkteam@selenefinance.com | Feb 13 2025 20:55:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 520523907 | + | Email/Text: bkteam@selenefinance.com | Feb 13 2025 20:55:00 | Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Coppell, TX 75019-6295 |
| 520523908 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2025 20:54:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Ste. 300, Ref: F-013246-23), Greenville, SC 29601-2127 |
| 520523912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 21:04:55 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520523910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 21:04:56 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520523916 | ^ | MEBN | Feb 13 2025 20:47:12 | Telecom Self reported, PO Box 4500, Allen, TX 75013-1311 |
| 520534129 | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 20:54:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520523919 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Feb 13 2025 20:54:00 | Waterfall Revenue Group, Attn: Bankruptcy, 2297 State Highway 33, Suite 906, Hamilton Square, NJ 08690-1717 |
| 520523921 | + | Email/PDF: cbp@omf.com | Feb 13 2025 21:04:09 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 520523922 | + | Email/PDF: cbp@omf.com | Feb 13 2025 20:51:33 | WebBank/OneMain, PO Box 3316, Evansville, IN 47732-3316 |
| 520523923 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2025 20:52:49 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520523924 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2025 21:04:09 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |
| 520523926 | + | Email/Text: claudia@zionsdebtholdings.com | Feb 13 2025 20:55:00 | Zions Debt Holdings, LLC, PO Box 878, Spanish Fork, UT 84660-0878 |
| 520523925 | + | Email/Text: claudia@zionsdebtholdings.com | Feb 13 2025 20:55:00 | Zions Debt Holdings, Llc, Attn: Bankruptcy, PO Box 878, Spanish Fork, UT 84660-0878 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520523863 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520523865 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520523871 | *+ | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520523869 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520523888 | *+ | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520523889 | *+ | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520523891 | *+ | Genesis FS Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520523892 | *+ | Genesis FS Card Services, PO Box 4499, Beaverton, OR 97076-4499 |

Case 25-10550-MEH    Doc 15    Filed 02/15/25    Entered 02/16/25 00:15:07    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 132 | Total Noticed: 63 |

| 520523913 | *+ | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520523911 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Herbert B. Raymond | on behalf of Debtor Ashish H Patel herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4