| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshie Solomon, Esq.<br>LAW OFFICES OF MOSHIE SOLOMON, P.C.<br>Two University Plaza, Suite 100<br>Hackensack, New Jersey 07601<br>Telephone: (201) 705-1470 | Order Filed on December 3, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In re:<br><br>TAMEKA A. WALKER,<br><br>                           Debtor. | Case No.:<br><br>Chapter:<br><br>Hearing Date:<br><br>Judge: | 25-17740<br><br>13<br><br>December 2, 2025<br><br>ABA |

**ORDER CONFIRMING AUTOMATIC STAY IS NOT IN EFFECT**

The relief set forth on the following page is **ORDERED**.

DATED: December 3, 2025

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

The Court having reviewed the movant's Motion for Order Confirming that the Automatic Stay is Not in Effect, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay under section 362(a) of the Bankruptcy Code is hereby confirmed to have been terminated as of August 22, 2025 to permit the landlord to initiate or resume an action in the applicable state court of New Jersey for possession of the Debtor's rented premises located at:

601 N. Black Horse Pike, Apt. K-7, Williamstown, New Jersey 08094

2. The landlord shall serve a copy of this order on the Debtor, Debtor's attorney, if any, the Chapter 13 Trustee appointed in this case, and any other party who entered an appearance on the Motion.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-17740-ABA

Tameka A Walker  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Dec 03, 2025  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tameka A Walker, 601 North Black Horse Pike, #K7, Williamstown, NJ 08094-1035 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Michael R. DuPont | on behalf of Creditor Bay Atlantic Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Moshie Solomon | on behalf of Creditor Laurelton Village Apartments  LG LLC msolomon@moshiesolomonlaw.com, r56616@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Tameka A Walker rshoffman@hoffmandimuzio.com  trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 03, 2025 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6