|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bao Ngo (382652022)<br>Deputy Attorney General<br>R. J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for the State of New Jersey, Division of Taxation | Order Filed on November 12, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Ashish H. Patel,<br><br>    Debtor. | Case No.: 25-10550<br><br>Chapter 13<br><br>Judge: Hall, U.S.B.J. |

CONSENT ORDER RESOLVING A STAY AS TO KRISHMA LIQUORS, INC. AND MODIFYING DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 12, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**Page 2**
Debtor: Ashish H. Patel
Case No.: 25-10550
Caption of Order: CONSENT ORDER RESOLVING A STAY AS TO KRISHMA LIQUORS, INC. AND MODIFYING DEBTOR'S CHAPTER 13 PLAN

    This matter having been presented to the Court by Ashish H. Patel ("Debtor"), by and through Debtor's counsel, Herbert B. Raymond (Herbert B. Raymond, Esq., appearing), by Motion seeking a Stay as to Krishma Liquors, Inc., and a modified Chapter 13 Plan (Docket Nos. 35 & 38, respectively), and in agreement with the State of New Jersey, Division of Taxation ("Taxation"), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Bao Ngo, Deputy Attorney General, appearing), regarding Debtor's motion, and Debtor's modified Plan; and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED that there shall be a stay of collection by Taxation as to Krishma Liquors, Inc.

(2) IT IS FURTHER ORDERED that Taxation shall issue a tax clearance and allow the reinstatement of the liquor license as to Krishma Liquors, Inc..

(3) IT IS FURTHER ORDERED that Taxation's amended Proof of Claim (Claim No. 9-2) filed on October 22, 2025, is hereby allowed and treated as follows:

    a. The secured portion of Taxation's claim is allowed in its entirety in the amount of $346,597.43. Debtor's Plan is hereby amended to provide for full payment of the secured portion;

    b. The priority portion of Taxation's claim is allowed in its entirety in the amount of $7,241.05. Debtor's Plan is hereby amended to provide for full payment of this priority portion; and

    c. The general unsecured portion of Taxation's claim in the amount of $35,520.02 shall be treated as other general unsecured claims in Debtor's Plan.

(4) IT IS FURTHER ORDERED that Taxation's amended Post Petition Proof of Claim (Claim No. 10-2) filed on October 29, 2025, is hereby allowed in its entirety in the amount of $3,432.92. Debtor's Plan is hereby amended to provide for full payment of this claim.

Page 3
Debtor: Ashish H. Patel
Case No.: 25-10550
Caption of Order: CONSENT ORDER RESOLVING A STAY AS TO KRISHMA LIQUORS, INC. AND MODIFYING DEBTOR'S CHAPTER 13 PLAN

(5)   IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

Herbert B. Raymond
Attorney for the Debtor

MATTHEW J. PLATKIN
Attorney General of New Jersey
Attorney for Taxation

_____
Herbert B. Raymond, Esq.
11-7-2025

_____
Bao Ngo
Deputy Attorney General